**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF TEXAS**
**MARSHALL DIVISION**

| | | |
|---|---|---|
| AXCESS INSTRUMENTS IP HOLDING COMPANY,<br><br>*Plaintiff*,<br><br>v.<br><br>INTUITIVE SURGICAL, INC., INTUITIVE SURGICAL OPERATIONS, INC., INTUITIVE SURGICAL SARL, INTUITIVE SURGICAL-FOSUN (HONGKONG) CO., LTD., INTUITIVE SURGICAL-FOSUN MEDICAL TECHNOLOGY (SHANGHAI) CO., LTD., INTUITIVE SURGICAL S. DE R.L. DE C.V., *and* INTUITIVE SURGICAL G.K.,<br><br>*Defendants*. | §<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§ | CASE NO. 2:25-CV-00559-JRG-RSP |

**ORDER**

Defendants Intuitive Surgical, Inc., Intuitive Surgical Operations, Inc., and various other foreign Intuitive entities move to dismiss Plaintiff Axcess Instruments IP Holding Company's claims under Fed. R. Civ. P. 12. (Dkt. No. 17.) Magistrate Judge Payne recommended the Court grant the motion in part. (R. & R., Dkt. No. 45.) Specifically, Judge Payne recommended the Court dismiss the two domestic defendants (Intuitive Surgical, Inc., and Intuitive Surgical Operations, Inc.) based on improper venue, but otherwise deny the Motion as violative of Local Rule CV-7(a). Plaintiff has since filed Objections (Dkt. No. 63) to the Report and Recommendation.

After conducting a *de novo* review of the briefing on the Motion to Dismiss, the Report and Recommendation, and Axess's Objections, the Court agrees with the reasoning provided in the Report and Recommendation and concludes the Objections fail to show the Report and Recommendation was erroneous. Consequently, the Court **OVERRULES** Axcess's Objections,

**ADOPTS** the Report and Recommendation, and **GRANTS** the Motion **IN PART**. Plaintiff's claims against Defendants Intuitive Surgical, Inc., and Intuitive Operations, Inc., are **DISMISSED WITHOUT PREJUDICE** for improper venue, and Defendants' Motion is otherwise **DENIED**.

**So ORDERED and SIGNED this 28th day of September, 2026.**

RODNEY GILSTRAP
UNITED STATES DISTRICT JUDGE